UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RAFAEL ROSARIO,

    Plaintiff,

v.   Case No: 8:14-cv-391-T-36AEP

AAA SECURITY PROTECTION, INC.,

    Defendant.
_____/

## O R D E R

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Anthony E. Porcelli on November 4, 2014 (Doc. 14). In the Report and Recommendation, Magistrate Judge Porcelli recommends that the Court grant Plaintiff's Renewed Motion for Default Judgment (Doc. 10) and direct that a default judgment be entered in favor of Plaintiff and against Defendant in the amount of $3,237.00, which includes $1,618.50 in unpaid overtime compensation and $1,618.50 in liquidated damages.

All parties who have appeared in this action were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed. Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

    (1)    The Report and Recommendation of the Magistrate Judge (Doc. 14) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

    (2)    Plaintiff's Renewed Motion for Default Judgment (Doc. 10) is **GRANTED**.

(3)     The Clerk is directed to enter judgment in favor of Plaintiff Rafael Rosario and against Defendant AAA Security Protection, Inc., in the amount of $3,237.00, which includes $1,618.50 in unpaid overtime compensation and $1,618.50 in liquidated damages.

(4)     The Clerk is further directed to terminate all pending motions and close this file.

**DONE AND ORDERED** at Tampa, Florida on November 24, 2014.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Anthony E. Porcelli
Counsel of Record