UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RAFAEL ROSARIO,

    Plaintiff,

v.                                                Case No: 8:14-cv-391-T-36AEP

AAA SECURITY PROTECTION, INC.,

    Defendant.
_____/

## **O R D E R**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Anthony E. Porcelli on January 13, 2015 (Doc. 20). In the Report and Recommendation, Magistrate Judge Porcelli recommends that Rosario's motion be granted in part and denied in part to the extent that Rosario be awarded $3,870.00 in attorneys' fees and $625.00 in costs. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

    **ORDERED AND ADJUDGED that**:

        (1) The Report and Recommendation of the Magistrate Judge (Doc. 20) is **ADOPTED**, **CONFIRMED**, and **APPROVED** in all respects and is made a part of this Order for all purposes, including appellate review.

        (2) Plaintiff Rosario's Motion for Attorney's Fees and Costs (Doc. 16) is **GRANTED** in part and **DENIED** in part.

        (3) Rosario is awarded $3,870.00 in attorneys' fees and $625.00 in costs.

(4) The Clerk is directed to enter judgment in favor of Plaintiff Rafael Rosario and against Defendant AAA Security Protection, Inc., for $3,870.00 in attorneys' fees and $625.00 in costs.

**DONE AND ORDERED** at Tampa, Florida on February 2, 2015.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Anthony E. Porcelli
Counsel of Record